584 A.2d 207
STATE OF NEW JERSEY v. JAY P. DURR.

May 1, 1990.

Petition for certification denied.

584 A.2d 207
JUDY SPINELLI AND EDMUND SPINELLI, HER HUSBAND v. MILTON E. CORSEY, D.O., AND JOHN F. KENNEDY MEMORIAL HOSPITAL, STRATFORD DIVISION AND DR. JOHN DOE (FICTITIOUS NAME), JOINTLY, SEVERALLY AND IN THE ALTERNATIVE.

May 4, 1990.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See —— *N.J.* ——)

584 A.2d 207
STATE OF NEW JERSEY v. CARLOS R. DIAZ.

May 7, 1990.

Petition for certification denied.

584 A.2d 207
NICHOLAS FRASCO v. E. CALVIN NEUBERT, ETC.

May 7, 1990.

Petition for certification denied.